1 Duke F. Wahlquist (State Bar No. 117722)
dwahlquist@rutan.com
2 Lisa N. Neal (State Bar No. 205465)
lneal@rutan.com
3 RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
4 Costa Mesa, California 92626-1931
Telephone: 714-641-5100
5 Facsimile: 714-546-9035

6 Attorneys for Plaintiff
Scott William Parse

7 Vincent J. Davitt
Benedetto L. Balding
8 MEYLAN DAVITT JAIN AREVIAN
& KIM LLP
9 444 South Flower Street, Suite 1850
Los Angeles, California 90071
10 Telephone: (213) 225-6000
Facsimile: (213) 225-6660

12 Attorneys for Defendants
Those Certain Underwriters at Lloyd's,
London Subscribing to Certificate No. 1151832

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SCOTT WILLIAM PARSE, | Case No. 2:14-cv-00782-MMM-JEM |
|---|---|
| Plaintiff, | (Los Angeles County Superior Court Case No. BC530423) |
| v. | |
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO CERTIFICATE NO. 1151832, including DOES 1 - 20, inclusive, | [~~CORRECTED~~] ORDER RE STIPULATION RE PROTECTIVE ORDER |
| Defendants. | |
| | Date Removed: January 31, 2014<br>Trial Date: None Set<br>Complaint Served: January 6, 2014 |

Rutan & Tucker, LLP
attorneys at law

373/031300-0001
6983273.1 a05/06/14

-1-

ORDER RE STIPULATION
RE PROTECTIVE ORDER

1  Having received the parties prior STIPULATION RE PROTECTIVE
2 ORDER dated May 1, 2014 and filed in the docket in this matter as Document 19 on
3 May 1, 2014, having previously received the proposed ORDER RE STIPULATION
4 RE PROTECTIVE ORDER filed in the docket in this matter as Document 19-1 on
5 May 1, 2014 and having rejected that proposed form of order in its minute order of
6 May 5, 2014 filed in the docket in this matter as Document 20 because "there does
7 not appear to be any reference to Local Rule 79-5.1 requiring the parties to file an
8 application to file papers under seal until a ruling on the application" and having
9 received this [CORRECTED] ORDER RE STIPULATION RE PROTECTIVE
10 ORDER and good cause now having been shown therefore, the court enters this
11 order requiring that:

12  The parties hereto and their counsel shall follow and adhere to the terms and
13 conditions stated in the Stipulation Re Protective Order found in the Docket in this
14 matter as Document 19 and, in particular, the parties and their counsel shall adhere
15 to the terms of ¶ 4(c) appearing on page 5, line 3 and ¶ 8 appearing on page 6, lines
16 3-6 of Document 19 each of which requires compliance with Local Rule 79-5 and,
17 in particular Rule 79-5.1.  Counsel are ordered file comply with Local Rule 79-5.1
18 requiring the parties to file an application to file papers under seal until a ruling on
19 the application.

20  IT IS SO ORDERED.

21 Dated:  May 8, 2014

*John E. McDermott*
JUDGE OF THE U.S. DISTRICT COURT

Rutan & Tucker, LLP
attorneys at law

373/031300-0001
6983273.1 a05/06/14

-2-

ORDER RE STIPULATION
RE PROTECTIVE ORDER